ROSINA DECECCO *vs.* THE CONNECTICUT COMPANY.

Third Judicial District.
Argued April 9th—decided May 16th, 1912.

ACTION to recover damages for personal injuries alleged to have been caused by the negligence of the defendant, brought to the Superior Court in New Haven County and tried to the jury before *Holcomb, J.;* verdict for the plaintiff for $1,000 damages, which the trial judge refused to set aside on motion of the defendant, and rendered judgment for the plaintiff, from which the defendant appealed. *No error.*

*Joseph F. Berry,* for the appellant (defendant).

*Frank P. McEvoy,* for the appellee (plaintiff).

Opinion filed with the clerk of the Superior Court in New Haven County.